58423. PENDREY et al. v. FINCHER et al.

SMITH, Judge.
The trial court's judgment is affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

ARGUED SEPTEMBER 11, 1979 — DECIDED DECEMBER 3, 1979.

*Jack T. Elrod,* for appellants.
*Jerry B. Blackstock, Gary M. Cooper,* for appellees.